UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CLINTON WILLIAMS § | |
| § | CIVIL ACTION NO. 4:25-cv-00196-SDJ-BD |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| KECHEJIAN ENTERPRISES, L.P. § | |
| § | |
| Defendant § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CLINTON WILLIAMS Plaintiff and KECHEJIAN ENTERPRISES, L.P. Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   June 4, 2025          FOR CLINTON WILLIAMS, Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:     June 4, 2025            FOR KECHEJIAN ENTERPRISES, L.P.
                                   Defendant

                                   BY:   */S/   C. Wesley Jeanes*
                                   Mr. C. Wesley Jeanes
                                   LAW OFFICE OF C. WESLEY JEANES
                                   P.O. Box 831178
                                   Richardson, Texas 75083
                                   (972) 419-8300 - Office
                                   Email: wjeanes78@gmail.com